NO. 07-03-0150-CV



IN THE COURT OF APPEALS



FOR THE SEVENTH DISTRICT OF TEXAS



AT AMARILLO



PANEL A



AUGUST 6, 2003


_____________________________



PHILIP R. RUSS, AN INDIVIDUAL, APPELLANT



V.



L.R. SPRADLING, ET UX.; CHARLOTTE SPRADLING, INDIVIDUALS;


TEJAS TONGS, INC., M.E.G.G., INC., TEXAS CORPORATIONS,


JODY G. SHEETS, AN INDIVIDUAL; D. CLAY HOLCOMB, AN INDIVIDUAL;


AND HICKS, THOMAS & LILIENSTERN, L.L.P., APPELLEES



_________________________________



FROM THE 84TH DISTRICT COURT OF HUTCHINSON COUNTY;



NO. 33,736; HONORABLE WILLIAM D. SMITH, JUDGE



_______________________________



Before JOHNSON, C.J., and REAVIS and CAMPBELL, JJ.

MEMORANDUM OPINION


 Appellant Philip R. Russ, filed a Motion to Dismiss Appeal on July 29, 2003. 
Appellees do not oppose this motion.

 Without passing on the merits of the case, appellant's motion for voluntary dismissal
is granted and the appeal is hereby dismissed. Tex. R. App. P. 42.1. Having dismissed
the appeal at appellant's personal request, no motion for rehearing will be entertained and
our mandate will issue forthwith. All costs herein having been paid, no order pertaining to
the costs is made. 


 Phil Johnson

 Chief Justice